# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRADY BASS

VERSUS

DISA GLOBAL SOLUTIONS, INC.,
CONVENIENT CARE, L.L.C.
D/B/A TOTAL OCCUPATIONAL
MEDICINE, RANDY B. BARNETT,
D.O., AND PSYCHEMEDICS
CORPORATION

NO.  2022 CW 0469

**AUGUST 12, 2022**

---

In Re:    DISA Global Solutions, Inc., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 661547.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not include
a copy of the pertinent court minutes, in violation of Uniform
Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10).   The trial
court's reasons for denying the motion and its evidentiary
rulings are not otherwise evident from the writ application. See
La. Code Civ. P. art. 966(C)(4).  This court requires a copy of
the pertinent hearing transcript.

Supplementation   of   this   writ   application   and/or   an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation and must
comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts
of Appeal. Any new application must be filed on or before
September 12, 2022 and must contain a copy of this ruling

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
              FOR THE COURT